IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SENIOR LIVING PROPERTIES, LLC  :
    Plaintiff  :
    v.  :   CIVIL NO. AMD 02-65
NEXION HEALTH, INC.,  :
    Defendant  :

...oOo...

## ORDER

A hearing on plaintiff's motion for temporary restraining order and preliminary injunction was held in open court on January 11, 2002. Evidence having been taken and counsel having been heard, and the court having rendered its findings of fact and conclusions of law on the record, it is this 11th day of January, 2002, by the United States District Court for the District of Maryland,

    ORDERED that the motion be and hereby is DENIED.

    The Clerk shall TRANSMIT a copy of this order to all counsel.

                                    ANDRE M. DAVIS
                                    United States District Judge

