# TOBIN, O'CONNOR & EWING

ATTORNEYS AT LAW
A Partnership of Professional Corporations

5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

DONNA R. S. PEERY
District of Columbia, Maryland, Texas
drspeery@dstlaw.com

tel (202) 362-5900
fax (202) 362-5901
direct extension: 210

February 27, 2002

Hon. Andre M. Davis
U.S. District Court Judge
U.S. District Court, District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

RE: *Senior Living Properties LLC v. Nexion Health, Inc.*
    **Civil Action No.: AMD 02-65**

Dear Judge Davis:

On January 29, 2002, you approved the parties' request for a thirty (30) day extension of time within which to report to the Court on the direction of this case, as well as a thirty (30) day extension of time within which the defendant Nexion could file a responsive pleading. At this point the parties are continuing discussions which will likely obviate the need for any further action in this Court.

Accordingly, the parties respectfully request an additional thirty (30) day extension of time within which to further report to the Court on the direction of this case. During this time, no further action will be taken by either party in this case and the filing date for a responsive pleading by Nexion will be extended by a period of thirty (30) days to April 1, 2002.

Sincerely,

Donna R. S. Peery

cc: Rodney H. Glover, Esq.