IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SENIOR LIVING PROPERTIES LLC )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NEXION HEALTH, INC. )<br>)<br>Defendant. )<br>) | C.A. No. AMD-02-65 |

### ORDER OF DISMISSAL

This matter having come before the Court on Plaintiff Senior Living Properties LLC's Notice of Dismissal; and

It appearing to the Court that no answer or motion for summary judgment has been entered in these proceedings, it is therefore

ORDERED, that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

The Clerk shall transmit a copy of this order to all counsel.

March 14, 2002

ANDRE M. DAVIS
United States District Judge

WRFMAIN 1104028.1